IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MYRON M. McCRAY,

    Plaintiff,

v.                                         Case No. 4:11cv607-SPM/WCS

ADAM KOMISAR, et al.,

    Defendants.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This cause comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 10) which recommends that this case be dismissed for failure to state a claim upon which relief may be granted. Plaintiff has been afforded an opportunity to file objections, but no objections have been filed. Upon consideration, I have determined that the Report and Recommendation is accurate and should be adopted. Accordingly, it is

**ORDERED and ADJUDGED**:

    1.    The Magistrate Judge's Report and Recommendation (doc. 10) is **adopted** and incorporated by reference into this order; and

    2.    This case is **dismissed**.

    3.    The Clerk is directed to note on the docket that this case was

       dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

4.     The Clerk is directed to close this case.

**DONE AND ORDERED** this 13th day of March, 2012.

                                   *S/ Stephan P. Mickle*
                                   Stephan P. Mickle
                                   Senior United States District Judge