IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MYRON M. McCRAY,

    Plaintiff,

v.                                                                    Case No. 4:11cv607-SPM/WCS

ADAM KOMISAR, et al.,

    Defendants.

_____/

## ORDER

This cause comes before the Court on a letter from Plaintiff regarding the repayment of filing fees (doc. 17). Plaintiff has requested a refund of the $360 paid for his filing fee. Pursuant to the Financial Referral and Order (doc. 12) entered on February 15, 2012, there was an overpayment in the amount of $10 and the magistrate judge has already directed the Clerk to refund those funds to Plaintiff. However, the remaining $350 is a required filing fee that allowed Plaintiff to file this case and will not be refunded. In response to Plaintiff's request to proceed *in forma pauperis*, the magistrate judge entered an Order (doc. 4) informing Plaintiff of the following:

> Under the PLRA, all prisoners will eventually pay the district court's entire $350 filing fee when bringing a civil action, or filing an appeal, *in forma pauperis*. If a prisoner's account statement shows

>that he cannot pay even the required initial partial fee, the civil action may nevertheless proceed; however, the total $350 fee will be assessed and deduced from future deposits to Plaintiff's prison account until the total filing fee is paid.  <u>Fees are not refundable, regardless of dismissal of the action</u>.

Order at 1-2 (emphasis added).  Accordingly, it is

**ORDERED and ADJUDGED** that the request to refund Plaintiff's $350 filing fee is **denied**.

**DONE AND ORDERED** this 11th day of April, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge